**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIM DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARION SPEARMAN, et al.,<br><br>　　　　　Defendants. | No.  2:19-CV-0848-MCE-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion requesting a status update on his action, ECF No. 31. On November 5, 2019, the district judge adopted the magistrate judge's findings and recommendations, finding that plaintiff's complaint stated valid constitutional claims. See ECF No. 21. On November 8, 2019, plaintiff submitted notice of submission of service documents. See ECF No. 24.  On February 8, 2020, plaintiff signed and submitted this motion, seeking clarification as to why the Court had yet not directed service on defendants. However, in the interim, the Court issued an order on February 13, 2020 finding service of the complaint appropriate and directing e-service on the various defendants against whom plaintiff

/ / /

/ / /

/ / /

1

stated valid claims. See ECF No. 27. Therefore, the Court has in fact directed service and plaintiff's motion is denied.

                IT IS SO ORDERED.

Dated: June 15, 2020

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE