IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIM DAVIS,** | 2:19-cv-00848 MCE DMC |
| Plaintiff, | **ORDER** |
| v. | Judge: The Honorable Dennis M. Cota |
| **SPEARMAN, et al.,** | Action Filed: May 13, 2019 |
| Defendants. | |

**ORDER**

Good cause appearing, the request of Defendants for leave to file an amended answer is GRANTED. The Clerk of the Court is directed to file the amended answer submitted with Defendants' motion as Exhibit A, ECF No. 44-1, pgs. 5-11, as of August 6, 2020.

**IT IS SO ORDERED.**

Dated: August 6, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE