IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARION SPEARMAN, et al.,<br><br>　　　　　Defendants. | No. 2:19-CV-0848-MCE-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 48, for a stay of proceedings. Defendants have filed an opposition.

   Plaintiff seeks an order staying these proceedings for an unspecified period of time due to prison restrictions related to Covid-19. See ECF No. 48. The Court agrees with Defendants that Plaintiff has not shown good cause for a blanket stay of all proceedings. See ECF No. 51. The Court will, however, entertain reasonable requests for extensions of time and

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  modification of the schedule for this litigation as the need arises. In the meantime, Plaintiff's
2  motion for a stay is denied.
3        IT IS SO ORDERED.
4
5  Dated: November 20, 2020
6                      DENNIS M. COTA
7                      UNITED STATES MAGISTRATE JUDGE