IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DAVIS,<br><br>       Plaintiff,<br><br>   v.<br><br>MARION SPEARMAN, et al.,<br><br>       Defendants. | No. 2:19-CV-0848-MCE-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 52, to verify the complaint. It appears Plaintiff seeks an order deeming his original complaint to be a verified complaint. Plaintiff's motion is denied as unnecessary because the original complaint has been signed under penalty of perjury and, as such, constitutes a verified complaint.

IT IS SO ORDERED.

Dated:  November 20, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1