IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARION SPEARMAN, et al.,<br><br>    Defendants. | No.  2:19-CV-0848-MCE-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' unopposed motion, ECF No. 49, to modify the schedule for this litigation.  Good cause appearing therefor, Defendants' motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

    1.    Defendants' unopposed motion, ECF No. 49, to modify the schedule is granted.

    2.    The parties may conduct discovery until March 1, 2021.  All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date.  Any motions necessary to compel discovery shall be filed within 60 days from this cut-off date.

/ / /

1       3.      All dispositive motions shall be filed within 90 days after the discovery
2  cut-off date specified above.

5  Dated: November 20, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2