IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIM DAVIS,** | Case No. 2:19-cv-00848 MCE DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **SPEARMAN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request to modify the scheduling order is **GRANTED**. Defendants shall take Plaintiff's deposition within forty-five days of the date of this order. During this same forty-five day period Plaintiff may also conduct any discovery that can be completed within that time period. The Court sua sponte extends the dispositive motion filing deadline to August 2, 2021.

**IT IS SO ORDERED.**

Dated:  March 11, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE