IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DAVIS, | No. 2:19-cv-00848-MCE-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MARION SPEARMAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 23, 2020, the Magistrate Judge filed findings and recommendations (ECF No. 56) which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2020, (ECF No. 56) are ADOPTED in full.

2. Plaintiff's motion for injunctive relief (ECF No. 47) is DENIED.

IT IS SO ORDERED.

Dated: March 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE