IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIM DAVIS,** | Case No. 2:19-cv-00848-MCE-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **SPEARMAN, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Fourth Motion to Modify the Scheduling Order is GRANTED.  The last day to file dispositive motions is now November 17, 2021.

Dated:  October 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE